No. 627. HOWARD HALL CO., INC. *v.* UNITED STATES ET AL. Argued April 30 and May 1, 1946. Decided May 6, 1946. *Per Curiam:* The judgment is affirmed. *Alton R. Co. v. United States,* 315 U. S. 15; *United States v. Carolina Freight Carriers Corp.,* 315 U. S. 475; *Howard Hall Co. v. United States,* 315 U. S. 495. *Harold G. Hernly* argued the cause for appellant. With him on the brief was *James W. Wrape. Daniel W. Knowlton* argued the cause for the United States and Interstate Commerce Commission, appellees. With him on the brief were *Solicitor General McGrath, Assistant Attorney General Berge, Edward Dumbauld, David O. Mathews, Nelson Thomas* and *Allen Crenshaw.*